IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DARIUS DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>CERT OFFICER MILLER; and CERT OFFICER SENSIEO,<br><br>    Defendants. | CIVIL ACTION NO.: 6:19-cv-66 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 8. No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims for monetary damages against Defendants in their official capacities. Plaintiff's deliberate indifference to medical treatment and excessive force claims against Defendants remain pending. Doc. 9.

**SO ORDERED**, this 4th day of January, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA